# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

Case No. 6D23-534
Lower Tribunal No. CF21-003660-XX

—————————————————

JAMES EARL BOSTICK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

Appeal from the Circuit Court for Polk County.
Dennis P. Maloney, Judge.

January 30, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and GANNAM, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED